FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2015 JAN 23  PM 1: 26

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CLERK'S OFFICE
AT BALTIMORE

Mario Serrano Sibug, Sr.
[Disabled & Indigent "Pro-Se"]      BY_____DEPUTY
Plaintiff

vs.                                                    Civil Action No. _GLR 15 CV 200_

United States of America (U.S.A.), et al.,
State of Maryland, et al.,
"Fannie Mae" Federal Financing Institution;
Wells Fargo Banking System;
BWW Law Group, LLC; et al..

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION FOR EMERGENCY TEMPORARY OR PERMANENT COURT INJUNCTION

I am Pleading the Honorable Court to Issue a TEMPORARY OR PERMANENT COURT INJUNCTION ORDER OR ANY INJUNCTION "TO STOP THE FORECLOSURE OF MY RESIDENDENCE" AND "TO STOP TORTURING AND TORMENTING ME DAYS AND NIGHTS", against "Fannie Mae", "Wells Fargo" and their State-Sponsored and Well-Finance Terrorist Enterprises, such as: the BWW Law Group, LLC, et al., that TERRORIZED, TORTURED and TORMENTED ME in my Residence especially in my Phone "I HAVE NO PEACE OF MIND", it is not only Harassment for Months, Days and Hours, it inflicted a Deliberate and Malicious MENTAL, PSYCHOLOGICAL, EMOTIONAL, SPIRITUAL even PHYSICAL TORTURE AND TORMENTATION, it cause Me a SLEEPLESS NIGHT, EXTREME STRESS AND NIGHTMARES, HIGH BLOOD PRESSURE, ANXIETY, DEPRESSION and ALWAYS TRIGGERS MY "POST TRAUMATIC STRESS DISORDERS (PTSD) and I MIGHT HAVE AN HEART ATTACK OR STROKE, BECAUSE OF SYSTEMATIC TORTURE AND TORMENTATION MALICIOUSLY PERPETRATED TO ME.

And if I LOST MY LIFE IN MY STRUGGLE AGAINST EVILNESS AND EVIL PEOPLE, THEIR NAMES OF THE MURDERERS AND ASSASSINS ARE WRITTEN IN THIS EMERGENCY U.S. FEDERAL LAWSUIT, BECAUSE I HAVE TRIED EVERYTHING BY SENDING THEM MY "CONSTITUTIONAL GRIEVANCES AND PETITIONS", BUT THEY KEEP SHOWERING ME WITH SYSTEMATIC TORTURE, SYSTEMATIC GENOCIDE, SYSTEMATIC RACIAL DISCRIMINATION, SYSTEMATIC, SERIOUS AND GRAVE HUMAN RIGHTS VIOLATIONS, ABUSES AND INHUMAN ATROCITIES; ETC., a Callous, Malicious and Monstrous VIOLATIONS of the following but not limited to:

(1) The INTERNATIONAL CONVENTION FOR SUPPRESSION OF FINANCING [AMERICAN] TERRORISM, signed on 10 January 2000 and U.S. RATIFIED TREATIES on 26 June 2002;

(2) The TORTURE VICTIM PROTECTION ACT (TVPA) OF 1991;

(3) The GENOCIDE CONVENTION IMPLEMENTATION ACT (GCIA) OF 1987;

(4) The CONVENTION ON THE PREVENTION AND PUNISHMENT OF GENOCIDE, signed on 11 December 1948, and U.S. RATIFIED TREATIES on 25 November 1988;

(5) The WAR CRIMES ACT (WCA) OF 1996;

(6) The CONVENTION AGAINST TORTURE (CAT) AND OTHER CRUEL, INHUMAN, OR DEGRADING TREATMENT OR PUNISHMENT, signed on 18 April 1988, and U.S. RATIFIED TREATY on 21 October 1994;

(7) The INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS (ICCPR), signed 5 October 1977, and U.S. RATIFIED TREATY on 8 June 1992;

(8) The INTERNATIONAL CONVENTION ON THE ELIMINATION OF ALL FORMS OF RACIAL DISCRIMINATION, signed on 28 September 1966, and U.S. RATIFIED TREATY on 21 October 1994;

(9) The PROTOCOL AMENDING THE SLAVERY CONVENTION, signed on 16 December 1953, and U.S. RATIFIED TREATY on 7 March 1956; ETC..

The U.S. RATIFIED HUMAN RIGHTS TREATIES, "are the SUPREME LAW OF THE LAND" Protected by the U.S. CONSTITUTION, Article VI, Clause 2.

In my "CONSTITUTIONAL GRIEVANCES AND PETITIONS" that I send them I Disclosed that I am a "SENIOR CITIZEN WITH PERMANENT DISABILITIES", a "FEDERALLY PROTECTED CLASSES" with a Fix Social Supplemental Income ("SSI") of $733.00 and $65.00 for SENIOR NUTRITION FOOD PROGRAM, dated January 8, 2015, from the FEDERAL GOVERNMENT. See, enclosed Document #1, Two [2] Pages.

I am living by Myself and No One will Help Me. I send them "CONSTITUTIONAL GRIEVANCES AND PETITIONS" but they "RETALIATED" and Accelerated the "FORECLOSURE OF MY RESIDENCE IS LIKE A DEATH SENTENCE TO ME" in the Baltimore County Circuit Court for Baltimore County, 401 Bosley Avenue, Towson, Maryland 21204, filed by HOWARD N. BIERMAN; CARRIE WARD, ET AL., of the BWW LAW GROUP, LLC, against Me on January 7, 2015, with Docket No. 03C15000191. See, enclosed "NOTICE OF FORELOSURE" they send Me dated January 8, 2015, Document #2, Two [2] Pages.

And "RETALIATION" on my FREEDOM OF SPEECH is a VIOLATION OF THE FIRST AND FOURTEENTH AMENDMENTS. See, GITLOW v. NEW YORK, 268 U.S. 652 (1925),

2

extended FIRST AMENDMENT "FREEDOM OF SPEECH" and FOURTEENTH AMENDMENT "EQUAL PROTECTION" provisions to the STATES as well as the FEDERAL GOVERNMENT. See also, CRAWFORD-EL v. BRITTON, 523 U.S. 574, 588 n.10 (1998). "THE REASON WHY SUCH RETALIATION OFFENDS THE CONSTITUTION IS THAT IT THREATENS TO INHIBIT EXERCISE OF THE PROTECTED RIGHTS."

I am HARASSED BY PHONE, IN MONTHS, DAYS AND HOURS, I AM MENTALLY, PSYCHOLOGICALLY, EMOTIONALLY AND SPIRITUALLY "TORTURED AND TORMENTED DAYS AND NIGHTS", I HAVE SLEEPLESS NIGHTS, FEAR AND TERRIFIED THAT RESULTED IN STRESS AND HIGH BLOOD PRESSURE, AND IT ALWAYS TRIGGERS MY "POST TRAUMATIC STRESS DISORDERS (PTSD)"; THEY HAVE KNOWN THAT I HAVE BOTH "PERMANENT PHYSICAL AND MENTAL DISABILITY", AND WITH "MULTIPLE CHRONIC SERIOUS MEDICAL NEEDS", BUT THEY KEEP INJURING, TORTURING AND TORMENTING ME, A VIOLATION OF THE "DELIBERATE STANDARD" THAT CONSTITUTE "CRUEL AND UNUSUAL PUNISHMENT" A VIOLATION OF THE EIGHTH AMENDMENT, SEE, ESTELLE v. GAMBLE, 429 U.S. 97 (1976), AND THE VIOLATION OF THE FOURTEENTH AMENDMENTS. SEE, ROBINSON v. CALIFORNIA, 370 U.S. 660, 666 (1962).

My CONSTITUTIONAL "PROTECTED RIGHTS", "FEDERAL STATUTES", "CIVIL DISABILITY RIGHTS", "UNIVERSAL HUMAN RIGHTS", "U.S. RATIFIED HUMAN RIGHTS TREATIES" that are All Written in my U.S. EMERGENCY FEDERAL LAWSUIT – PART III with Complete Supporting Documents, such as the Deliberate and Malicious VIOLATIONS of the following but not limited to:

(1) The FEDERAL FAIR HOUSING ACT, codified at 42 U.S.C. Sections 3601-3619. See, Document "A", Fifteen [15] Pages.

(2) The MARYLAND STATE LAWS AGAINST HOUSING DISCRIMINATION, see, MD CODE STATE GOVERNMENT Sections 20-101, 20-704, 20-705. See, Document "B", Four [4] Pages.

(3) The AMERICAN DISABILITY ACT ("ADA") OF 2008, codified at 42 U.S.C.A. Section 12101 et seq. See, Document "C", Six [6] Pages.

(4) The SECTION 504 OF THE REHABILITATION ACT ("RA") OF 1973. See, Document "D", Two [2] Pages.

(5) The NONDISCRIMINATION UNDER FEDERAL GRANTS AND PROGRAMS, Title 29 U.S.C. Section 794. See, Document "E", Two [2] Pages.

(6) The CONVENTION ON THE RIGHTS OF PERSONS WITH DISABILITIES, adopted by the General Assembly resolution A/RES/61/611 in 2006 entered into force on 3 May 2008. See, Document "F", Twenty [29] Pages.

(7) The DECLARATION ON THE RIGHTS OF DISABLED PERSON, Proclaimed by General Assembly resolution 3447 (XXX) of 9 December 1975. See, Document "G", Two [2] Pages.

(8) The AMERICAN CONVENTION ON HUMAN RIGHTS, O.A.S. Treaty Series No. 36, 1144 U.N.T.S. 123, entered into force July 18, 1978, reprinted in Basic Documents Pertaining to Human Rights in the Inter-American System, OEA/Ser. L. V/11.82 doc.6 rev.1 at 25 (1992). See, Document "H", Twenty [24] Pages.

(9) The ADDITIONAL PROTOCOL TO THE AMERICAN CONVENTION ON HUMAN RIGHTS IN THE AREA OF ECONOMIC, SOCIAL AND CULTURAL RIGHTS, "PROTOCOL OF SAN SALVADOR," O.A.S. Treaty Series No. 69 (1988), entered into force November 16, 1999, reprinted in Basic Documents Pertaining to Human Rights in the Inter-American System, OEA/Ser. L. V/II.82 doc.6 rev.1 at 67 (1992). See, Document "I", Nine [9] Pages.

(10) The AMERICAN DECLARATION OF THE RIGHTS AND DUTIES OF MAN, O.A.S. Res. XXX, adopted by the Ninth International Conference of American States (1948), reprinted in Basic Documents Pertaining to Human Rights in the Inter-American System, OEA/Ser. L. V/II.82 doc.6 rev.1 at 17 (1992). See, Document "J", Ten [10] Pages.

(11) The UNIVERSAL DECLARATION OF HUMAN RIGHTS. See, Document "K", Nine [9] Pages.

(12) The "GUIDE TO DISABILITY RIGHTS LAWS" dated July 2009, Authored by the U.S. DEPARTMENT OF JUSTICE, Civil Rights Division, Disability Rights Section. See, Document "L", Seventeen [17] Pages. Everything is EXPLAINED and DOCUMENTED WITH SUPPORTING EVIDENCE in the PART-III OF MY U.S. FEDERAL LAWSUIT.

And HAVE NO MONEY TO HIRE A GOOD LAWYER FOR MY CASE, that is why I HAVE NO CHOICE BUT TO FILE IT "PRO-SE PETITION", BECAUSE OF MY EXTREME POVERTY AND INDIGENCY, and I AM BEGGING FOR YOUR WISDOM, PATIENCE, AND KINDNESS-UNDERSTANDING OF THE CONSTITUTIONAL LAWS, U.S. LAWS, U.S. RATIFIED HUMAN RIGHTS TREATIES AND INTERNATIONAL LAWS OF NATION, TO APPLY IT IN MY RELIGIOUS PERSECUTION AND GENOCIDE CASE, MODESTLY INTERPRET IT AND CONSTRUED LIBERALLY IN MY "PRO-SE" PETITIONS. AND I AM PRAYING THAT "MAY JEHOVAH GOD - THE ALMIGHTY GOD OF ABRAHAM, ISAAC, AND JACOB (READ, EXODUS 3:14,15) AND HIS MIGHTY-GOD SON JESUS CHRIST (READ, ISAIAH 9:6), WILL BLESS AND KEEP US ALL."

See, e.g., FASSOMO v. NORTHEAST OHIO CORRECTIONAL CENTER, 473 F.3d 229 (6th Cir. 2006); GOMEZ-DIAZ v. U.S., 433 F.3d 788 (11th Cir. 2005); BOAG v. MacDOUGALL, 454 U.S. 364 (1982); HAINES v. KERNER, 404 U.S. 519 (1972). "PRO-SE LITIGANTS" Pleading are to be CONSTRUED LIBERALLY and held to LESS STRINGENT STANDARD that

formal Pleadings Drafted by Lawyers; if Court can reasonably Read Pleadings to State valid Claim on which Litigant could prevail, it should do so despite failure to Cite Proper Legal Authority, Confusion of Legal Theories, poor Syntax and Sentence Construction, or Litigant's Unfamiliarity with Pleading Requirements.

## * * PRAYER FOR RELIEF * *

WHEREFORE, the "PERMANENT PHYSICAL AND MENTAL DISABLED, PRO-SE INDIGENT PETITIONER" prays that this U.S. FEDERAL COURT enter JUDGEMENT GRANTING the POOR DISABLED "PRO-SE" INDIGENT PETITIONER the following:

(A) Pleading the Court to Issue a "TEMPORARY OR PERMANENT COURT INJUNCTION ORDER AND RELIEF" TO STOP THE EMERGENCY FORECLOSURE OF MY RESIDENCE AND THROW ME IN THE STREET against BWW LAW GROUP, LLC, 6003 Executive Boulevard, Suite 101, Rockville, MD 20852, ET AL., agents for "WELLS FARGO BANKING SYSTEM" and for "FANNIE MAE", until this EMERGENCY U.S. FEDERAL LAWSUIT AGAINST THEM AND OTHERS WILL BE FULLY LITIGATED IN THE COURT OF LAW.

(B) Pleading the Court to GRANT the DISABLED "PRO-SE" INDIGENT PETITIONER such Other and Further RIGHTFUL RELIEF as the U.S. CONSTITUTION and STATUTORY LAWS may require. And any Additional RELIEF this U.S. FEDERAL COURT Deems JUST, PROPER, and EQUITABLE.

(C) Pleading the Court to Allow the DISABLED AND INDIGENT "PRO-SE" PETITIONER to FREELY AMEND THIS PETITION.

WHEREFORE, Petitioner prays that the Court grant him all relief to which he may be entitled in this action.

I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE IS TRUE AND CORRECT. Signed this 23rd Day of January 2015.

Respectfully Submitted by, *1-23-15*

MARIO SERRANO SIBUG, SR.
[Disable and Indigent "Pro-Se" Petitioner]
3827 Glenview Terrace
Baltimore, MD 21236

Copies sent to:

MR. ERIC H. HOLDER, JR.

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

MR. ZEID RA'AD AL HUSSEIN
Office of the United Nations High
Commissioner for Human Rights (OHCHR)
Palais Wilson
52 rue des Paquis
CH-1201 Geneva, Switzerland

MR. LUIS MORENO-OCAMPO; MISS FATOU BENSOUDA;
MR. JAMES STEWART; MR. MICHAEL DE SMEDT; ET AL.
OFFICE OF THE PROSECUTORS
Post Office Box 19519
2500 CM The Hague
The Netherlands

THE MANAGEMENT, ET AL.,
BWW LAW GROUP, LLC
6003 Executive Blvd., Suite 101
Rockville, Maryland 20852

MISS JULIE ENSOR,
Clerk of the Circuit Court for Baltimore County,
401 Bosley Avenue, 2nd Floor
Towson, Maryland 21204

FILE; ET AL..